# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 16, 2010

No. 08-41290

Charles R. Fulbruge III
Clerk

In the Matter of:  JEFF RIVIERA; BARBARA RIVIERA,

Debtors

----------------------

JEFF RIVIERA; BARBARA RIVIERA,

Appellants

v.

TEXAS STATE BANK,

Appellee

---

Appeal from the United States District Court for the
Southern District of Texas

---

Before DAVIS, WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

AFFIRMED.   See Rule 47.6

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.